UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | | |
|---|---|---|
| NORMAN JOHNSON, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action Docket No. |
| | ) | |
| KEITH CAOUETTE, in his individual | ) | |
| capacity, and his official capacity, | ) | |
| | ) | |
| | ) | |
| Defendants | ) | |

### NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446 and Fed. R. Civ. P. 81(c), Defendant Keith Caouette ("Defendant") by and through undersigned counsel, hereby removes the above-captioned case from the Maine Superior Court for Androscoggin County to the United States District Court for the District of Maine. The representations set forth below are made under Rule 11 of the Federal Rules of Civil Procedure.

1. This cause of action was commenced in Maine Superior Court for Androscoggin County on or about October 30, 2024, by the filing of a Complaint in that court. The Superior Court docket number is ANDSC-CIV-2024-00135. A copy of the Complaint was served on Defendant Keith Caouette on or about January 21, 2025.

2. The complaint alleges civil rights claims pursuant to 42 U.S.C. § 1983 for alleged violations of the First, Fourth, and Fourteenth Amendments of the United States Constitution.

3. This Court has jurisdiction over this civil action pursuant to 28 U.S.C. § 1331 by virtue of a federal question.

4. Therefore, Defendant may remove this action from the Maine Superior Court for Androscoggin County to the United States District Court for the District of Maine pursuant to 28 U.S.C. § 1441, et seq.

5. Defendants are filing contemporaneously herewith a copy of all documents filed in the Superior Court and a certified copy of the State Court Docket Record.

6. This Notice of Removal is filed within thirty (30) days after Defendant's receipt of a copy of the complaint which sets forth the federal questions that form the basis for removal.

7. Defendants therefore pray for removal of the above-entitled case from the state court to this Court and treat it in all respects as though it has been originally brought in this Court.

Dated at Portland, Maine this 30th day of January, 2025.

/s/ Kasia S. Park
Kasia S. Park, Esq.
*Attorney for Defendant Keith Caouette*

**DRUMMOND WOODSUM**
84 Marginal Way, Suite 600
Portland, ME  04101
(207) 772-1941
kpark@dwmlaw.com

2

## <u>CERTIFICATE OF SERVICE</u>

I, Kasia S. Park., do hereby certify that on this 30th day of January, 2025, I electronically

filed the above Notice of Removal with the Court via email to

MaineECFIntake@med.uscourts.gov.

A copy of the foregoing has also been sent to Plaintiff via email and U.S. Mail to:

> Christa Vo, Esq.
> Maine Justice Collective
> 63 Federal Street
> Portland, ME 04101
> 207-817-2222
> christa@mainejusticecollective.com

with a copy to the Androscoggin County Superior Court via U.S. Mail to:

> Androscoggin Superior Court
> 2 Turner Street,
> Auburn, ME 04210

Dated at Portland, Maine this 30th day of January, 2025.

*/s/ Kasia S. Park*_____
Kasia S. Park
Attorney for Defendant

**DRUMMOND WOODSUM**
84 Marginal Way, Suite 600
Portland, Maine 04101-2480
Tel:  (207) 772-1941
Fax:  (207) 772-3672
kpark@dwmlaw.com